UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20784-CIV-SEITZ/O'SULLIVAN

GARY and DIANNE BARNES,

    Plaintiffs,

v.

CARNIVAL CORPORATION,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiffs' Motion to Compel Payment of Plaintiff's Experts Witness Fee (DE # 253, 12/18/08).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiffs' Motion to Compel Payment of Plaintiff's Experts Witness Fee (DE # 253, 12/18/08) on or before January 30, 2009.  The failure to file a response may result in a recommendation or a ruling that the Plaintiffs' Motion to Compel Payment of Plaintiff's Experts Witness Fee (DE # 253, 12/18/08) be granted in its entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **16th** day of January, 2009.

                                                                    JOHN J. O'SULLIVAN
                                                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record